FILED by __TB__ D.C.

**Jul 28, 2017**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 17-20547-CR-UNGARO/O'SULLIVAN
### CASE NO. _____

21 U.S.C. § 963
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

**vs.**

**PEDRO NEL RINCON-CASTILLO,**
    **a/k/a "Pedro Orejas,"**
**OMAR JOSUE RINCON-CASTILLO,**
**HORACIO DE JESUS TRIANA-ROMERO,**
**JOSE ROGELIO NIETO-MOLINA, and**
**GILBERTO RINCON-CASTILLO,**

        **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning at least as early as in and around 2002, the exact date being unknown to the Grand Jury, and continuing through in and around 2015, in the countries of Colombia, Venezuela, Mexico, Dominican Republic, Haiti, and elsewhere, the defendants,

**PEDRO NEL RINCON-CASTILLO,**
**a/k/a "Pedro Orejas,"**
**OMAR JOSUE RINCON-CASTILLO,**
**HORACIO DE JESUS TRIANA-ROMERO,**
**JOSE ROGELIO NIETO-MOLINA, and**
**GILBERTO RINCON-CASTILLO,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section

959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to defendants, **PEDRO NEL RINCON-CASTILLO, a/k/a "Pedro Orejas," OMAR JOSUE RINCON-CASTILLO, HORACIO DE JESUS TRIANA-ROMERO, JOSE ROGELIO NIETO-MOLINA, and GILBERTO RINCON-CASTILLO** the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1.     The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **PEDRO NEL RINCON-CASTILLO, a/k/a "Pedro Orejas," OMAR JOSUE RINCON-CASTILLO, HORACIO DE JESUS TRIANA-ROMERO, JOSE ROGELIO NIETO-MOLINA, and GILBERTO RINCON-CASTILLO** have an interest.

2.     Upon conviction of the violation alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property which the defendants used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

ROBERT EMERY
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA              CASE NO. _____

vs.                                        **CERTIFICATE OF TRIAL ATTORNEY***

**PEDRO NEL RINCO-CASTILLO, et al.,**

    **Defendants.**
_____/     **Superseding Case Information:**

**Court Division**: (Select One)      New Defendant(s)        Yes _____  No _____
                                      Number of New Defendants
  __X__ Miami   _____ Key West    Total number of counts  _____
  _____ FTL    _____ WPB   _____ FTP                      _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)      YES
    List language and/or dialect      SPANISH

4.  This case will take   10   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                          (Check only one)

    I     0  to  5 days                        Petty      _____
    II    6  to 10 days        __x__           Minor      _____
    III   11 to 20 days        _____          Misdem.    _____
    IV    21 to 60 days        _____          Felony     __X__
    V     61 days and over     _____

6.  Has this case been previously filed in this District Court?  (Yes or No)   NO
    If yes:
    Judge: _____   Case No._____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)   NO
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No)    NO

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to   October 14, 2003?        Yes _____  No   x

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?        Yes _____  No   x

                                      _____
                                      Robert Emery
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Florida Bar No./Court No.   A5501892

*Penalty Sheet(s) attached                                    REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  PEDRO NEL RINCON-CASTILLO, a/k/a "Pedro Orejas"

**Case No**:

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\* Max. Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  OMAR JOSUE RINCON-CASTILLO

**Case No**:

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\* Max. Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  HORACIO DE JESUS TRIANA-ROMERO

**Case No**:

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\* Max. Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**:  JOSE ROGELIO NIETO-MOLINA

**Case No**:

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

\* **Max. Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  GILBERTO RINCON-CASTILLO

**Case No**:

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\* Max. Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**